UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK JEROME LEWIS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MUELLER, et al.,<br><br>　　　　　　Defendants. | **CASE NO. 1:23-cv-01093-GSA-PC**<br><br>**ORDER DIRECTING THE CLERK'S OFFICE TO ADMINISTRATIVELY RE-DESIGNATE THIS ACTION AS A 440 CIVIL ACTION AND RANDOMLY REASSIGN THE CASE TO A MAGISTRATE JUDGE OTHER THAN MAGISTRATE JUDGE GARY S. AUSTIN** |

　　　　This case was filed on July 20, 2023, by Derrick Jerome Lewis, a state prisoner proceeding *pro se*. (ECF No. 1.) The action was designated at case opening as a prisoner conditions-of-confinement case. However, a review of the claims shows that this is a regular civil case, and it shall be redesignated as such.

　　　　Therefore, the Clerk's Office is **HEREBY DIRECTED** to:

　　　　1.　　Re-designate this action as a 440 civil action;

　　　　2.　　Randomly assign this case to a magistrate judge other than Magistrate Judge Gary S. Austin, and a District Judge if appropriate, for any further proceedings; and

　　　　3.　　The parties are directed to omit the PC designation from the new case number.

IT IS SO ORDERED.

　　　Dated:　**July 27, 2023**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE