# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DERRICK JEROME LEWIS,

        Plaintiff,

   v.

KIMBERLY J. MUELLER, et al.,

        Defendants.

Case No. 1:23-cv-01093-SKO

**ORDER TRANSFERRING CASE**

On July 20, 2023, Plaintiff Derrick Jerome Lewis, a state prisoner proceeding *pro se*, filed a complaint against approximately 76 Defendants, along with an application to proceed *in forma pauperis*. (Docs. 1, 2.) The complaint purports to allege numerous claims, including civil rights violations and claims of identity theft, fraud, and grand theft. (*See* Doc. 1 at 1, 6.) On July 31, 2023, this case was reassigned to the undersigned. (*See* Doc. 7.)

It is apparent from a reading of Plaintiff's allegations in the complaint that the gravamen of this case arose in the Sacramento Division of the Eastern District of California, and any relationship with the Fresno Division is minimal. While Plaintiff is incarcerated in Kern County, the majority of the named Defendants are associated with Sacramento. It is not entirely clear where the events

at issue in the complaint occurred, but Plaintiff indicates that the events occurred while he was out of custody.  (*See, e.g*., Doc. 1 at 6–7.)  For these reasons, this case should be transferred to the Sacramento Division of the Eastern Division of California.  Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the Court's own motion, be transferred to the proper court.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. This case is transferred to the Sacramento Division of the United States District Court for the Eastern District of California; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:
   United States District Court
   Eastern District of California
   501 "I" Street, Suite 4-200
   Sacramento, CA 95814

Plaintiff's request to proceed *in forma pauperis* (Doc. 2) remains pending.

IT IS SO ORDERED.

Dated:   **August 2, 2023**                    /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE

2